Stuart C. Talley (SB# 180374)
KERSHAW CUTTER & RATINOFF LLP
980 9th Street, 19th Floor
Sacramento, California 95814
Telephone: (916) 448-9800
Facsimile: (916) 669-4499

Attorney for Plaintiffs JANICE
KUESTER and DUNBAR AITKENS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA SOTO,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>GREYHOUND LINES, INC., TU PHUOC NGUYEN, ENTERPRISE RENT-A-CAR COMPANY, and DOES 1 through 50, inclusive,<br><br>　　　　　Defendants. | CASE NO. 2:06-CV-01612 MCE-DAD<br><br>**STIPULATION AND AMENDED PRETRIAL (STATUS) SCHEDULING ORDER; CONSOLIDATION ORDER**<br><br><br>Complaint: July 20, 2006<br>Trial Date: February 20, 2008 |
| DUNBAR AITKENS,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>GREYHOUND LINES, INC., TU PHUOC NGUYEN, ENTERPRISE RENT-A-CAR COMPANY OF OREGON, and DOES 1 through 50, inclusive,<br><br>　　　　　Defendants. | CASE NO. 2:06-CV-02077 MCE-DAD<br><br><br><br>Complaint September 18, 2006<br>Trial Date: None Set |
| JANICE KUESTER,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>GREYHOUND LINES, INC., TU PHUOC NGUYEN, and DOES 1 through 50, inclusive,<br><br>　　　　　Defendants. | CASE NO. 2:07-CV-00398 MCE-DAD<br><br><br><br>Complaint Filed: February 27, 2007<br>Trial Date: None Set |

WHEREAS, all of the above captioned matters arise from the same occurrence and involve common questions of law and fact.  In particular all of the actions arise from a single accident involving a bus and automobile that occurred on or about July 1, 2005;

WHEREAS, all of the parties in the above captioned matter believe that judicial economy will be best served if the above captioned matters are consolidated for all purposes pursuant to Federal Rules of Civil Procedures 42(a);

WHEREAS, the parties believe that adjustments to the schedule originally established in the first filed action *Soto v. Greyhound Lines et al.* are necessary to properly prepare these cases for trial.

IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES THAT:

1. All of the above captioned cases are hereby consolidated for all purposes pursuant to Federal Rule of Civil Procedures 42(a).

2. The dates set in the Pretrial (Status) Scheduling Order established by the Court on October 11, 2006 are hereby amended as follows:

| | |
|---|---|
| August 30, 2007 | All merits discovery to be completed. |
| October 30, 2007 | All parties to disclose of expert witnesses. |
| December 30, 2007 | Deadline for hearing on all dispositive motions. |
| March 14, 2008 | The parties shall file a Joint Final Pretrial Conference Statement |
| February 1, 2008 | Final Pretrial Conference |
| February 13, 2008 | The parties shall file all trial exhibits with the Courtroom Clerk |
| February 20, 2008 | Trial |

3. With the exception of the changes to the dates noted above, all other aspects of the Court's Pretrial (Status) Scheduling Order shall remain in full force and effect.

Dated: _____.         WALKER, HAMILTON & WHITE


By _____
    WILDA L. WHITE
    Attorneys for Plaintiff Maria Soto

-2-

1

2   Dated: _____.        KERSHAW, CUTTER & RATINOFF, LLP

3

4                                  By _____
5                                       STUART C. TALLEY
                                        Attorneys for Plaintiffs Dunbar
6                                       Aitkens and Janice Kuester

7

8   Dated: _____.        LOMBARDI, LOPER & CONANT, LLP

9

10                                 By _____
11                                      MATTHEW S. CONANT
                                        Attorneys for Defendant Greyhound Lines, Inc.
12

13
    Dated: _____.        MURCHISON & CUMMING, LLP
14

15

16                                 By _____
                                        MARILOU R. BUSTONERA
17                                      Attorneys for Defendants Tu Phuoc Nguyen,
                                        Enterprise Rent-A-Car Company, and
18                                      Enterprise Rent-A-Car Company Of Oregon

19

20

21

22

23

24

25

26

27

28

-3-

**IT IS SO ORDERED.**

Some stipulated dates are unavailable for the Court. The Court amends the dates as follows:

| | |
|---|---|
| August 30, 2007 | All merits discovery to be completed. |
| October 30, 2007 | All parties to disclose of expert witnesses. |
| December 30, 2007 | Deadline for hearing on all dispositive motions. |
| February 19, 2008 | The parties shall file a Joint Final Pretrial Conference Statement |
| March 3, 2008 | Final Pretrial Conference |
| April 2, 2008 | The parties shall file all trial exhibits with the Courtroom Clerk |
| April 9, 2008 | Trial |

All of the above captioned cases are hereby **consolidated** for all purposes pursuant to Federal Rule of Civil Procedures 42(a).

With the exception of the changes to the dates noted above, all other aspects of the Court's Pretrial (Status) Scheduling Order in case 2:06-cv-01612-MCE-DAD shall remain in full force and effect.

Dated: April 13, 2007

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

-4-

STIPULATION AND AMENDED PRETRIAL SCHEDULING ORDER    CASE NOS. 2:06-CV-01612 MCE-DAD, 2:06-CV-02077 MCE-DAD & 2:07-CV-00398 MCE-DAD