UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BETHENE VALLES, | No. 2:07-cv-02354-LKK-KJM |
| Plaintiff, | |
| v. | **RELATED CASE ORDER** |
| TU PHUOC NGUYEN, et al., | |
| Defendants. / | |
| MARIA SOTO, ET AL., | No. 2:06-cv-01612-MCE-DAD |
| Plaintiffs, | |
| v. | |
| GREYHOUND LINES, INC., et al., | |
| Defendants. / | |
| DUNBAR AITKENS, | No. 2:06-cv-02077-MCE-DAD |
| Plaintiff, | |
| v. | |
| GREYHOUND LINES, INC., et al., | |
| Defendants. / | |

```
JANICE KUESTER, et al.,              No. 2:07-cv-00398-MCE-DAD

        Plaintiffs,

    v.

GREYHOUND LINES, INC., et al.,

        Defendants.
                                   /
YVONNE A. LA CLAIRE,                 No. 2:07-cv-00989-MCE-DAD

        Plaintiff,

    v.

GREYHOUND LINES, INC., et al.,

        Defendants.
                                   /
OLGA MEADOR HERRERA, et al.,         No. 2:07-cv-01229-MCE-DAD

        Plaintiffs,

    v.

GREYHOUND LINES, INC., et al.,

        Defendants.
                                   /
SADIA PUDO AWOK, et al.              No. 2:07-cv-01231-MCE-DAD

        Plaintiffs,

    v.

GREYHOUND LINES, INC., et al.,

        Defendants.
                                   /
SHERMAN KINARD, et al.,              No. 2:07-cv-01255-MCE-DAD

        Plaintiffs,

    v.

GREYHOUND LINES, INC., et al.,

        Defendants.
                                   /
```

```
KENNETH ALLEN LEAK,                    No. 2:07-cv-01943-MCE-DAD

          Plaintiff,

     v.

GREYHOUND LINES, INC., et al.,

          Defendants.
                                    /
FLORENCE MANEZ TEAGUE,                 No. 2:07-cv-01630-MCE-DAD

          Plaintiff,

     v.

TU PHUOC NGUYEN, et al.,

          Defendants.
                                    /
LARRY D. MARTIN, JR.,                  No. 2:07-cv-01934-MCE-DAD

          Plaintiff,

     v.

GREYHOUND LINES, INC., et al.,

          Defendants.
                                    /
```

Examination of the above-entitled civil actions reveals that these actions are related within the meaning of Local Rule 83-123(a) (E.D. Cal. 1997). The actions involve many of the same defendants and are based on the same or similar claims, the same property transaction or event, similar questions of fact and the same questions of law, and would therefore entail a substantial duplication of labor if heard by different judges. Accordingly, the assignment of the matters to the same judge is likely to effect a substantial savings of judicial effort and is also likely to be convenient for the parties.

///

The parties should be aware that relating the cases under Local Rule 83-123 merely has the result that these action are assigned to the same judge; no consolidation of the actions are effected.  Under the regular practice of this Court, related cases are generally assigned to the district judge and magistrate judge to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the action denominated 2:07-cv-02354-LKK-KJM, <u>Bethene Valles v. Tu Phuoc Nguyen, et al.</u>, is reassigned to Judge Morrison C. England, Jr. and Magistrate Judge Dale A. Drozd for all further proceedings, and any dates currently set in this reassigned case only is hereby VACATED.  The parties are referred to the attached Order Requiring Joint Status Report.  Henceforth, the caption on documents filed in the reassigned case shall be shown as 2:07-cv-02354-MCE-DAD.

IT IS FURTHER ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

IT IS SO ORDERED.

DATED: February 15, 2008

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

4